JAURIGUE LAW GROUP
MICHAEL J. JAURIGUE, Cal. Bar No. 208123
ELAINE LE, Cal. Bar No. 277124
114 Brand Blvd., Suite 200
Glendale, California 91203
Telephone:    (818) 630-7280
Facsimile:    (888) 879-1697
michael@jlglawyers.com
elaine@jlglawyers.com

Attorneys for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No.: **2:12-bk-44722-VZ** |
| **PRESCILIANO LOBATO AND EVELYN LOBATO,** | Chapter 13 |
| Debtors. | **APPLICATION FOR FINAL SUPPLEMENTAL FEES** |
| | **(No Hearing Required)** |

**TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; NANCY CURRY, CHAPTER 13 TRUSTEE; AND ALL OTHER PARTIES IN INTEREST:**

Applicant is counsel of record for the above-named Debtors in their Chapter 13 case. There have been no Supplemental Fees awarded to date. Prior to the filing of this case, Debtors gave us a retainer of $4000 and a filing fee of $281.

Since the onset of this case, Applicant has performed certain extraordinary services at the request of the Debtors as described in attachment Exhibit A with the itemized list of expenses as described in attachment Exhibit B. The services that were provided was a filing of an adversary proceeding for a lien avoidance on the Debtor's primary residence. The reasonable value for said services is $2,955.00 with expenses totaling $312.61 of which $0.00 has been paid.

**WHEREFORE**, Applicant prays that an allowance be made in the sum of $3,267.61.

DATED:    August 25, 2014

Respectfully Submitted,

JAURIGUE LAW GROUP

By: */s/ Elaine Le*

Elaine Le, JAURIGUE LAW GROUP
Attorneys for Debtors

[1]