# EXHIBIT A



# Statement

| Date |
|---|
| 7/31/2014 |

To:
Presciliano & Evelyn, Lobato BK13
783 Colusa Dr
Walnut Creek, Ca 91789

| Amount Due | Amount Enc. |
|---|---|
| $3,267.61 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2008 | Balance forward | | 0.00 |
| | Lien Strip- | | |
| 01/31/2013 | INV #22036. | 140.00 | 140.00 |
| 05/31/2013 | INV #22037. | 660.00 | 800.00 |
| 06/30/2013 | INV #22038. | 320.00 | 1,120.00 |
| 07/31/2013 | INV #22039. | 1,275.00 | 2,395.00 |
| 09/30/2013 | INV #22040. | 420.00 | 2,815.00 |
| 10/31/2013 | INV #22041. | 120.00 | 2,935.00 |
| 11/30/2013 | INV #22042. | 20.00 | 2,955.00 |
| | Lien Strip:COSTS- | | |
| 02/28/2013 | INV #COSTS. | 11.80 | 2,966.80 |
| 04/30/2013 | INV #COSTS. | 61.64 | 3,028.44 |
| 06/30/2013 | INV #COSTS. | 160.90 | 3,189.34 |
| 09/30/2013 | INV #COSTS. | 28.70 | 3,218.04 |
| 11/30/2013 | INV #COSTS. | 28.65 | 3,246.69 |
| 12/31/2013 | INV #COSTS. | 20.92 | 3,267.61 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 3,267.61 | $3,267.61 |



# Invoice

| Date | Invoice # |
|---|---|
| 1/31/2013 | 22036 |

**Bill To**

Presciliano & Evelyn, Lobato BK13
783 Colusa Dr
Walnut Creek, Ca 91789

| Terms | Project |
|---|---|
| Due on receipt | Lien Strip |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0.4 | 1/25/2013 Review adversary proceedings. (MS) | 350.00 | 140.00 |

**Total** $140.00



# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2013 | 22037 |

**Bill To**
Presciliano & Evelyn, Lobato BK13
783 Colusa Dr
Walnut Creek, Ca 91789

| Terms | Project |
|---|---|
| Due on receipt | Lien Strip |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0.4 | 5/14/2014 Phone call to SLS re: adversary proceeding. (MS) | 350.00 | 140.00 |
| 2.2 | 5/24/2014 Draft case status conference report. (MS) | 200.00 | 440.00 |
| 0.4 | 5/27/2013 Reviewed adversary procedures. Drafted motion for default judgment. (EL) | 200.00 | 80.00 |

**Total** $660.00



# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2013 | 22038 |

**Bill To**

Presciliano & Evelyn, Lobato BK13
783 Colusa Dr
Walnut Creek, Ca 91789

| Terms | Project |
|---|---|
| Due on receipt | Lien Strip |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0.2 | 6/19/2013 Reviewed exhibits for adversary proceeding. (EL) | 200.00 | 40.00 |
| 0.4 | 6/19/2013 Finalized motion for default for lienstrip adversary proceeding. (EL) | 200.00 | 80.00 |
| 0.3 | 6/27/2013 Reviewed deficiencies and court procedures/local rules. (EL) | 200.00 | 60.00 |
| 0.4 | 6/28/2013 Meet with E. Le re: motion for default in AP. (MS) | 350.00 | 140.00 |

**Total** $320.00



# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2013 | 22039 |

**Bill To**

Presciliano & Evelyn, Lobato BK13
783 Colusa Dr
Walnut Creek, Ca 91789

| Terms | Project |
|---|---|
| Due on receipt | Lien Strip |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0.3 | 7/10/2103 Lobato Adversary Proceeding. (MS) | 350.00 | 105.00 |
| 0.9 | 7/10/2013 Reviewed file and drafted declaration of service. (EL) | 200.00 | 180.00 |
| 1.8 | 7/17/2013 Research process for getting Entry of Default; discuss same with E. Le. (MS) | 350.00 | 630.00 |
| 1.8 | 7/30/2013 Reviewed file. Attended hearing re: adversary proceeding. (EL) | 200.00 | 360.00 |

**Total**   $1,275.00



# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2013 | 22040 |

**Bill To**

Presciliano & Evelyn, Lobato BK13
783 Colusa Dr
Walnut Creek, Ca 91789

| Terms | Project |
|---|---|
| Due on receipt | Lien Strip |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0.1 | 9/23/2013 Reviewed file and communicated with client re: lienstrip. (EL) | 200.00 | 20.00 |
| 0.2 | 9/23/2013 Teleconference with client re: proof if debt of first and second. (EL) | 200.00 | 40.00 |
| 0.3 | 9/23/2013 Drafted supplemental declaration. (EL) | 200.00 | 60.00 |
| 0.1 | 9/24/2013 Communicated with client regarding information for lienstrip. (EL) | 200.00 | 20.00 |
| 0.6 | 9/25/2013 Drafted supplemental declaration. Communicated with client re: declaration. (EL) | 200.00 | 120.00 |
| 0.1 | 9/26/2013 Teleconference with client re: declaration. (EL) | 200.00 | 20.00 |
| 0.2 | 9/26/2013 Revised declaration draft. Communicated with client. (EL) | 200.00 | 40.00 |
| 0.5 | 9/26/2013 Revised supplemental declaration. Finalized supplemental declaration. (EL) | 200.00 | 100.00 |

**Total** $420.00



# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2013 | 22041 |

**Bill To**

Presciliano & Evelyn, Lobato BK13
783 Colusa Dr
Walnut Creek, Ca 91789

| Terms | Project |
|---|---|
| Due on receipt | Lien Strip |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0.6 | 10/04/2013 Reviewed file. Drafted proposed order and finalized proposal order. (EL) | 200.00 | 120.00 |

**Total** $120.00



# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2013 | 22042 |

**Bill To**

Presciliano & Evelyn, Lobato BK13
783 Colusa Dr
Walnut Creek, Ca 91789

| Terms | Project |
|---|---|
| Due on receipt | Lien Strip |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 0.1 | 11/14/2013  Teleconferenced with Trustee's office regarding Default Order that must be Re-entered. (EL) | 200.00 | 20.00 |

**Total** $20.00