# EXHIBIT B



# Statement

| Date |
|---|
| 7/31/2014 |

To:
Presciliano & Evelyn, Lobato BK13
783 Colusa Dr
Walnut Creek, Ca 91789

| Amount Due | Amount Enc. |
|---|---|
| $312.61 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2008 | Balance forward | | 0.00 |
| | Lien Strip:COSTS- | | |
| 02/28/2013 | INV #COSTS. | 11.80 | 11.80 |
| 04/30/2013 | INV #COSTS. | 61.64 | 73.44 |
| 06/30/2013 | INV #COSTS. | 160.90 | 234.34 |
| 09/30/2013 | INV #COSTS. | 28.70 | 263.04 |
| 11/30/2013 | INV #COSTS. | 28.65 | 291.69 |
| 12/31/2013 | INV #COSTS. | 20.92 | 312.61 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 312.61 | $312.61 |



# Invoice

| Date | Invoice # |
|---|---|
| 2/28/2013 | COSTS |

**Bill To**

Presciliano & Evelyn, Lobato BK13
783 Colusa Dr
Walnut Creek, Ca 91789

| Terms | Project |
|---|---|
| Due on receipt | COSTS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | 2/1/2013 POSTAGE & COPY FEES: 2*3.10 | 6.20 | 6.20 |
| | 2/1/2013 POSTAGE & COPY FEES:    45PGS @ 0.08*2 | 5.60 | 5.60 |

**Total** $11.80



# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2013 | COSTS |

**Bill To**

Presciliano & Evelyn, Lobato BK13
783 Colusa Dr
Walnut Creek, Ca 91789

| Terms | Project |
|---|---|
| Due on receipt | COSTS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | 4/3/2013 POSTAGE & COPY FEES: 3*1.32 | 3.96 | 3.96 |
| | 4/3/2013 POSTAGE & COPY FEES: 7PGS @0.08*3 | 1.68 | 1.68 |
| | 4/4/2013 POSTAGE & COPY FEES: 3.32*5+3.32*5 | 33.20 | 33.20 |
| | 4/4/2013 POSTAGE & COPY FEES: 57PGS@0.08*5 | 22.80 | 22.80 |

**Total** $61.64



# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2013 | COSTS |

**Bill To**

Presciliano & Evelyn, Lobato BK13
783 Colusa Dr
Walnut Creek, Ca 91789

| Terms | Project |
|---|---|
| Due on receipt | COSTS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | 6/3/2013 POSTAGE & COPY FEES: 1.52*5+3.32*5 | 24.20 | 24.20 |
| | 6/3/2013 POSTAGE & COPY FEES: 7PGS@0.08*5 | 2.80 | 2.80 |
| | 6/5/2013 POSTAGE & COPY FEES: 1.52*5+5*3.32 | 24.20 | 24.20 |
| | 6/5/2013 POSTAGE & COPY FEES: 6PGS@0.08*5 | 2.40 | 2.40 |
| | 6/6/2013 POSTAGE & COPY FEES: 4.44*5+3.32*5 | 38.80 | 38.80 |
| | 6/6/2013 POSTAGE & COPY FEES: 37PGS@0.08*5 | 14.80 | 14.80 |
| | 6/19/2013 POSTAGE & COPY FEES: 4.24*5+3.32*5 | 37.70 | 37.70 |
| | 6/19/2013 POSTAGE & COPY FEES: 40PGS@0.08*5 | 16.00 | 16.00 |

**Total**  $160.90



# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2013 | COSTS |

**Bill To**

Presciliano & Evelyn, Lobato BK13
783 Colusa Dr
Walnut Creek, Ca 91789

| Terms | Project |
|---|---|
| Due on receipt | COSTS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | 9/26/2013 POSTAGE & COPY FEES: 1.52*5+3.32*5 | 24.20 | 24.20 |
| | 9/26/2013 POSTAGE & COPY FEES: 9PGS@0.10*5 | 4.50 | 4.50 |

**Total** $28.70



# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2013 | COSTS |

**Bill To**

Presciliano & Evelyn, Lobato BK13
783 Colusa Dr
Walnut Creek, Ca 91789

| Terms | Project |
|---|---|
| Due on receipt | COSTS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | 11/21/13 POSTAGE & COPY FEES: 1.32*6+3.32*5 | 24.55 | 24.55 |
| | 11/21/13 POSTAGE & COPY FEES: 6PGS@0.10*6+5PGS@0.10*1 | 4.10 | 4.10 |

**Total** $28.65



# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2013 | COSTS |

**Bill To**

Presciliano & Evelyn, Lobato BK13
783 Colusa Dr
Walnut Creek, Ca 91789

| Terms | Project |
|---|---|
| Due on receipt | COSTS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | 12/6/2013 POSTAGE & COPY FEES: 3.32*5+1.32*5 | 17.92 | 17.92 |
| | 12/6/2013 POSTAGE & COPY FEES: 6PGS@0.10*5 | 3.00 | 3.00 |

**Total** $20.92