NANCY CURRY
CHAPTER 13 STANDING TRUSTEE
1000 WILSHIRE BLVD., SUITE 870
LOS ANGELES, CA 90017
(213)689-3014 FAX (213)689-3055

```
                        UNITED STATES BANKRUPTCY COURT
                         CENTRAL DISTRICT OF CALIFORNIA
                             LOS ANGELES DIVISION

IN THE MATTER OF:              ) CHAPTER 13
                               )
LOBATO, PRESCILIANO            ) CASE NO. LA 2:12-bk-44722-VZ
LOBATO, EVELYN                 )
                               ) TRUSTEE'S VOLUNTARY DISMISSAL
                       _Debtor) OF MOTION TO DISMISS

                                 DATE:  July 23, 2018
                                 TIME:  10:30 AM
                                 PLACE: 255 E. Temple St.
                                        Courtroom 1368
                                        Los Angeles, CA 90012
```

   PLEASE TAKE NOTICE THAT the Standing Trustee's Motion to Dismiss served on April 27, 2018 is hereby voluntarily dismissed.

DATE: June 11, 2018                                    /s/ Nancy Curry


                        PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

   I declare that I am over the age of 18 years and not a party to the within action; that I am employed by Nancy Curry, Chapter 13 Trustee; and that on June 11, 2018, I served the above notice by first class mail on:

```
DEBTOR                          ATTORNEY

LOBATO, PRESCILIANO             MICHAEL J. JAURIGUE
LOBATO, EVELYN                  JAURIGUE LAW GROUP
783 COLUSA DR                   300 W. GLENOAKS BLVD., STE 300
WALNUT, CA 91789                GLENDALE, CA 91202-
```

   I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.
   Executed at Los Angeles, California on June 11, 2018.

                                                       /s/ Jaime Mejia