Nancy Curry
Chapter 13 Standing Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014   FAX (213) 689-3055

<table>
<tr><td colspan="2" align="center">UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION</td></tr>
<tr><td>In re<br><br>LOBATO, PRESCILIANO<br>LOBATO, EVELYN<br><br><br><br><br>Debtor</td><td>CHAPTER 13<br><br>CASE NO. 2:12-bk-44722-VZ<br><br>NOTICE AND MOTION TO DISMISS OR CONVERT CHAPTER 13 CASE DUE TO A MATERIAL DEFAULT OF A PLAN PROVISION 11 USC §1307(c)<br><br>DATE/TIME: July 23, 2018 at 10:30 am<br>Courtroom: 1368<br>255 East Temple Street<br>Los Angeles, CA 90012</td></tr>
</table>

**PLEASE TAKE NOTICE** that Nancy Curry, Chapter 13 Trustee, will and hereby does move the Court to dismiss this case.

**Pursuant to Local Bankruptcy Rule 9013-1(f) and (h), any party in interest wishing to oppose this motion must file and serve opposition papers no later than fourteen (14) days prior to the hearing date. Failure to file a written opposition may be deemed by the Court as a waiver of any objection thereto and as consent to the relief requested.**

DATED: June 12, 2018                                                           /s/ Nancy Curry

**I, Nancy Curry, do hereby declare and state as follows:**

1. I am the Chapter 13 Trustee for Case No. LA 2:12-bk-44722-VZ, LOBATO, PRESCILIANO LOBATO, EVELYN, debtor.

2. I have personal knowledge of the facts set forth herein, and if called upon to do so, I could and would competently so testify.

3. The debtor filed a Chapter 13 petition on October 15, 2012.   The plan was confirmed on October 7, 2013.   The plan term is 60 months.

4. Pursuant to a provision in the confirmed plan, the debtor was to make monthly post-petition deed of trust payments directly to secured creditor.

5. Creditor's Response to Notice of Final Cure Payment indicates that debtor is not current on all post-petition deed of trust payments and has a balance due of $31,402.19. Therefore, Debtor is in material default with respect to a term of the confirmed plan.

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge. Executed at Los Angeles, California on June 12, 2018.

TMD NFC                                                                     /s/ Nancy Curry

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

> Nancy Curry, Chapter 13 Trustee
> 1000 Wilshire Blvd., Suite 870
> Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify): **NOTICE AND MOTION TO DISMISS OR CONVERT CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 12, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On June 12, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addresses as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
LOBATO, PRESCILIANO
LOBATO, EVELYN
783 COLUSA DR
WALNUT, CA 91789

Attorney for Debtor
MICHAEL J. JAURIGUE
JAURIGUE LAW GROUP
300 W. GLENOAKS BLVD., STE 300
GLENDALE, CA 91202-

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 12, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| June 12, 2018 | Heather Pedroza | /s/ Heather Pedroza |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

LOBATO, PRESCILIANO
LOBATO, EVELYN
783 COLUSA DR.
WALNUT, CA 91789

MICHAEL J. JAURIGUE
JAURIGUE LAW GROUP
300 W. GLENOAKS BLVD., STE 300
GLENDALE, CA 91202